An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARMOND LEWIS,
Appellant,
vs.
S C/O SHERMAN (NNCC); AND GREG
COX, DIRECTOR,
Respondents.

No. 61447

**FILED**

APR 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a post-conviction petition for a writ of habeas corpus.[1] Seventh Judicial District Court, White Pine County; Dan L. Papez, Judge.

In his petition filed on March 12, 2012, appellant claimed that his due process rights were violated at a prison disciplinary hearing, which resulted in disciplinary segregation, loss of phone privileges, and restitution. Notably, although referred for the loss of credits, the record reveals that no credits were forfeited. Because appellant did not lose any credits, appellant's claims challenging the prison disciplinary proceedings were not cognizable in a petition for a writ of habeas corpus filed in state

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. See Luckett v. Warden, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10375

court because these claims challenged the conditions of confinement. Bowen v. Warden, 100 Nev. 489, 686 P.2d 250 (1984). Accordingly, we ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Gary Fairman, District Judge
       Armond Lewis
       Attorney General/Carson City
       Attorney General/Ely
       White Pine County Clerk